## SEWARD v. ANDERSON et al.

No. 8545—Opinion Filed Nov. 25, 1919.

PER CURIAM. The rules of law announced in the opinion of the court of this date in Seward et ux. v. Johnson et al., 77 Oklahoma, 83, wherein the parties and subject-matter are identical, as herein, are controlling, and it becomes unnecessary to determine the questions presented in this case. Therefore, the appeal is dismissed.